# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRITTNEY ABISDID** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 18-379** |
| v. | : | |
| | : | |
| **THE BALDWIN SCHOOL** *et al.,* | : | |
| *Defendant* | : | |

# ORDER

**AND NOW,** this 10th day of January 2019, upon notification from the Honorable Magistrate Judge Lynne A. Sitarski that the issues between Plaintiff and Defendant have been settled, it is hereby **ORDERED** that all claims against said Defendant are **DISMISSED**, with prejudice, pursuant to the agreement of the parties. To conform to Local Rule of Civil Procedure 41.1(b), the Clerk of Court is directed to enter this Order and to mark this case closed.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*